UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


TAHRIR SHAKIR KALASHO,                    No. 06-11030

            Plaintiff,
                                          District Judge Nancy G. Edmunds
v.                                        Magistrate Judge R. Steven Whalen

REPUBLIC OF IRAQ,

            Defendant.
_____ /

## ORDER DENYING DEFENDANT'S MOTION TO STRIKE

Before the Court is Defendant's Motion to Strike Plaintiff's Surreply [Docket

#84]. At issue is Plaintiff's self-styled "Additional Clarification to Defendant's Reply"

[Docket #83]. Defendant is correct that the Plaintiff's pleading is in effect a surreply

regarding the pending motion to dismiss, and that such pleadings are not authorized by

the court rules without leave of the court.

The Plaintiff's surreply addresses a statute of limitations issue raised by

Defendant. While Plaintiff ought to have addressed this issue in his original response, I

will grant him some latitude, in recognition of the fact that he is now proceeding *pro se*,

and the statute of limitations issue may be dispositive of his claims. Defendant's motion

to strike [Docket #84] is therefore DENIED.

However, Defendant may, within seven days of the date of this order, file a

supplemental pleading, limited to five pages, addressing the arguments made in Plaintiff's

surreply.  NO ADDITIONAL PLEADINGS WILL BE FILED REGARDING THE

PENDING MOTION TO DISMISS [Docket #78].

IT IS SO ORDERED.


S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  August 3, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys
and/or parties of record by electronic means or U.S. Mail on August 3, 2010.


S/G. Wilson
Judicial Assistant