UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tahrir Shakir Kalasho, et. al.,

        Plaintiff,                        Case No. 06-11030

v.                                    Hon. Nancy G. Edmunds

Republic of Iraq, et. al.,

        Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant's motion to dismiss [#78] is hereby GRANTED, and the Amended Complaint is hereby DISMISSED WITH PREJUDICE as to Defendant Republic of Iraq.

       SO ORDERED.


                     s/Nancy G. Edmunds_____
                     Nancy G. Edmunds
                     United States District Judge

Dated: September 15, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 15, 2010, by electronic and/or ordinary mail.

                     s/Carol A. Hemeyer_____
                     Case Manager